**Exhibit A to the Complaint**

**Location:** Brooklyn, NY

**Total Works Infringed:** 57

**IP Address:** 24.46.250.90

**ISP:** Optimum Online

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash: 62C92B416712660F3575F3789860DFDB90A1A4C2<br>File Hash:<br>4A97D5D295359476C64C4B84E5BE522E8C523ACEAA933976B7EFE235E1D252C9 | 01/19/2022<br>15:36:32 | Vixen | 03/20/2018 | 04/12/2018 | PA0002091523 |
| 2 | Info Hash: D6C69A84E33A93E55015808B02EB35CAFD158BD5<br>File Hash:<br>820BF35E9A33624B2A6803AC1CD8B4D6A32257503679D9338E06DC9599D5D822 | 01/18/2022<br>23:31:58 | Tushy | 04/01/2019 | 05/11/2019 | PA0002173888 |
| 3 | Info Hash: EC72AB6E2428651D76E9B35E34364FBF997D62E4<br>File Hash:<br>286323955D74354AFF7C69BDC5987ADA524396D42AE7DC47C1CC0BFC5ECC40F6 | 01/18/2022<br>02:59:52 | Vixen | 03/05/2019 | 03/31/2019 | PA0002163982 |
| 4 | Info Hash: 303498D746D639B64092E5E55E59A23942A9C0D2<br>File Hash:<br>2BB48C5F8291323176BCC52E5D0B686288D5B444CA8A0DF7433C3FB92E30E369 | 01/17/2022<br>16:24:29 | Vixen | 10/15/2021 | 10/19/2021 | PA0002317061 |
| 5 | Info Hash: 3E7379D35240403CF73CD88536BB564781BD4D7B<br>File Hash:<br>33AD18C9185D75F7472287DA7EC23C010070FFDD896D9202ABCEA093E304885E | 01/17/2022<br>16:04:41 | Tushy | 08/01/2021 | 09/30/2021 | PA0002320423 |
| 6 | Info Hash: 23B004107AF8535D9C51DAFE6EE60295B76AE1D1<br>File Hash:<br>59484FAE2474E4B2D1B89B9FF86477F452689EB6439F8F901A55AD0F735D8476 | 01/17/2022<br>16:04:04 | Tushy | 01/09/2022 | 01/17/2022 | PA0002330112 |
| 7 | Info Hash: F1530FD22635488D8E6B881C92656684E8D759CC<br>File Hash:<br>82F37B05FF4B2E5B8C92483C8860EA6E358C232173F24C7F825A7087966A6DFB | 01/09/2022<br>15:25:06 | Tushy | 01/02/2022 | 01/17/2022 | PA0002330092 |
| 8 | Info Hash: 8CC37085A56FE6E813AA97267D789B5DE4F2F3F8<br>File Hash:<br>95EC71F430F8FE57AFF0E6E951F87A5CF41D6A24290D5D7D3D07FA4A31F89F07 | 01/03/2022<br>01:39:07 | Tushy | 12/22/2019 | 01/22/2020 | PA0002234863 |
| 9 | Info Hash: 79E1725DF748100A0E7BA8F5320811593D983039<br>File Hash:<br>65391DD8A76B5DF28E201B8EC5A6970DFBC0D65D0A4B8A1F66DB8FAC3E048369 | 12/30/2021<br>04:18:50 | Vixen | 07/17/2020 | 08/11/2020 | PA0002252259 |
| 10 | Info Hash: FBA1C218DA2C4A8ACE331F4BBE18902759CF533F<br>File Hash:<br>025D177BAC842F18959BECA2ADDD4B661550AB1A57C9F8882D4F1B5A5CA859C4 | 12/18/2021<br>21:53:33 | Vixen | 03/15/2018 | 04/17/2018 | PA0002116747 |
| 11 | Info Hash: C2527E295E55E6F2AEED756AD87AC3AD6E7600C3<br>File Hash:<br>ED45092D13582C7D7698371C9FF9381CCFCE1856FE9B80EF6E07E5728505BBA2 | 12/18/2021<br>21:47:08 | Tushy | 04/21/2018 | 05/23/2018 | PA0002101309 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: F2E81DC872D6CFD660F790F1EA2AEDA18818FF0F<br>File Hash:<br>2495EF46B8D8AB1B5B41C9D3A4245A2F060C7E3A1CBCE8E875248EDA7AEBDB83 | 12/11/2021<br>23:41:51 | Tushy | 03/06/2020 | 04/15/2020 | PA0002244958 |
| 13 | Info Hash: E08322FE869C62B846FFF25E0D3243D8C1EE305F<br>File Hash:<br>24C2083540430F7FA52C2B9D4DB6DBE157CBD01FB3F6339E602E965778D82090 | 12/03/2021<br>17:02:28 | Vixen | 10/22/2021 | 11/11/2021 | PA0002321272 |
| 14 | Info Hash: CDCE8E17C0BEE90996CF1EEF9F60772066C30D07<br>File Hash:<br>AA74DE9ED43D1B9F8FBD22307DB64DA01CDCCBB2CD157C3D9901083D32FF11EC | 12/02/2021<br>13:45:28 | Tushy | 03/11/2020 | 04/15/2020 | PA0002244960 |
| 15 | Info Hash: 40176AE0826A23CEEDCB763F7E428EEB86243812<br>File Hash:<br>D8C4AA013F70E9E89CC0EC7C7873C83581E118E7C13E2ACE70BFFB0DE40FBDF3 | 12/01/2021<br>21:19:15 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 16 | Info Hash: 010C537E2113A842DD456D9CE3CF5742EEE3A452<br>File Hash:<br>64BCB6327C96448427080E9FFE7FC8FE4FA29CA1F95DFD012EF12D5E3BB60283 | 12/01/2021<br>17:32:30 | Tushy | 02/10/2019 | 03/24/2019 | PA0002184028 |
| 17 | Info Hash: 1F734779A5C05D40C6424BE190EC20AC8BF61019<br>File Hash:<br>ED2367A2304402E0556F6BC683BAD41035022D34A5B5B0F0356C26C095466244 | 12/01/2021<br>17:19:15 | Vixen | 10/16/2018 | 10/28/2018 | PA0002130458 |
| 18 | Info Hash: 0CFF14759146C91B5F7488B6FD96E24E32A38557<br>File Hash:<br>CF70EB7F68CBA3301170ADAB725646B7108CB8B2503132C2880452616396B3BD | 11/30/2021<br>01:22:21 | Tushy | 11/21/2021 | 12/09/2021 | PA0002325830 |
| 19 | Info Hash: 084FCDA7C84964DA6E1B05353EE42CFC4B78A5B8<br>File Hash:<br>4FA219E2DD35021CBF57F7101AC5676822D79FDAA780E2C3E7436C079ACBBAD2 | 11/19/2021<br>20:46:59 | Tushy | 05/06/2017 | 06/16/2017 | PA0002069288 |
| 20 | Info Hash: A9D72898F59A38BD6BE680AB25DFBDDC450837AF<br>File Hash:<br>E9822B37E4B39490EEC209FF6DDAFBA77E8776075369F25C361AB8194857EA3E | 11/19/2021<br>20:45:49 | Tushy | 07/18/2021 | 08/02/2021 | PA0002305087 |
| 21 | Info Hash: 73F6CCDF6EC69C9B0F220EB0095491EA21789A91<br>File Hash:<br>67DD04CB6C4AF17B9E5B9BC957E5665D5A61670C11409B157DE8A872CB4BDD64 | 11/19/2021<br>20:45:04 | Tushy | 08/29/2021 | 09/21/2021 | PA0002312672 |
| 22 | Info Hash: BB27FFE0C32D2EEFA8AFBCD78C827340E928625C<br>File Hash:<br>B8DDC515906DCCB25325ED0CD066DE4D2FCCCAFA7B61E27002E04E026514CD19 | 11/19/2021<br>20:43:52 | Tushy | 11/07/2021 | 11/11/2021 | PA0002321317 |
| 23 | Info Hash: 3BE5D17CDA84AF7024DFFC2813E60A10FA26FDE5<br>File Hash:<br>E107FE5B0C2F271022773C68B95D3C54B4711B161F17845644728711D61892D8 | 11/17/2021<br>22:29:33 | Tushy | 10/23/2018 | 11/25/2018 | PA0002136621 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 95C963F8045CDD4A212671619691114A64D8D1AA<br>File Hash:<br>C680FC7B315EEC683F9A554352FE60465A25B258B53135DB7CA79FD8FABCC630 | 11/08/2021<br>13:05:46 | Tushy | 09/19/2021 | 10/19/2021 | PA0002317058 |
| 25 | Info Hash: 0462D373EDC5BFF169B3DCCB9FF967FEB0C0A5E0<br>File Hash:<br>89E659B924CC18F157F35A3DF4ED59A3D40411F854BE952355132749FD7D4EBC | 11/08/2021<br>13:04:14 | Tushy | 10/17/2021 | 11/11/2021 | PA0002321294 |
| 26 | Info Hash: A0156C44332D56CCC9070ADAE1AB6CD0DCF8BBD7<br>File Hash:<br>BA600C3B7469CB111A2312D8F50B18D940D2EB85B880992EC3250B1C35DAA0FC | 10/29/2021<br>18:43:34 | Tushy | 09/28/2019 | 10/21/2019 | PA0002207776 |
| 27 | Info Hash: 8151CF541971EF70109DA42D60358D50840274AE<br>File Hash:<br>591212526EE8DDBA01391F3A35415DC463395B83E09F8F616EBB2BB53C493B2A | 10/28/2021<br>13:23:14 | Tushy | 01/26/2018 | 02/20/2018 | PA0002104196 |
| 28 | Info Hash: B3BF9504ADC518C52D4DBC938DB036F62628594B<br>File Hash:<br>D94CE57E9284FD7AE5676C5F1B2D1F263BB8D0AD9F8A160283B22EC8B291778C | 10/27/2021<br>16:49:59 | Tushy | 10/24/2021 | 11/11/2021 | PA0002321315 |
| 29 | Info Hash: 79801902E9A0FEFE34380623442048AC4E5A331A<br>File Hash:<br>B8CAE93F4A58262496E7E9510798C34B60F40D120DDEF322365CB6BD02331780 | 10/19/2021<br>13:32:51 | Tushy | 07/25/2021 | 08/20/2021 | PA0002312005 |
| 30 | Info Hash: 8AD5789C652A24CB0104B6E3F9C831212DE9A6AA<br>File Hash:<br>3D8EB9D2EBE70F177F95C442657B0B748D11BB56E20876D0DA93CFBFAE9BFEAF | 10/19/2021<br>13:26:36 | Tushy | 07/04/2021 | 07/08/2021 | PA0002300663 |
| 31 | Info Hash: 536301DCE78E640109E16F5DA6403BE9327F5184<br>File Hash:<br>1882F974EA4314127DD4566D224CB86A4DF5DC40CE31E17CA6C218B3CE354E88 | 10/19/2021<br>12:28:23 | Tushy | 08/08/2021 | 09/08/2021 | PA0002316099 |
| 32 | Info Hash: C5A39ED1FD792604E2662A8ACCFA82F81B8BBFFD<br>File Hash:<br>9897B73C6064F058F61AD4CB95D34AC3AF62427F8B71D67D465E132304F37681 | 10/02/2021<br>19:58:58 | Tushy | 08/09/2017 | 08/17/2017 | PA0002077673 |
| 33 | Info Hash: CF8B33D285DB924C4421530FEA4BD16281F65302<br>File Hash:<br>EF817A56C9A169E9841C0FA90DD4C644D0985CCAFAC82903EAA6353E06FE85D6 | 10/01/2021<br>21:17:46 | Vixen | 08/12/2019 | 08/22/2019 | PA0002195517 |
| 34 | Info Hash: 2BCD90F48818B595E9AE9FA30D84A41A925C8CB8<br>File Hash:<br>3EB0BCD81FB77FD0F45D2DD9D525E08BC5EC1FB781CB62A21BD70DEB22C39350 | 10/01/2021<br>21:16:55 | Vixen | 08/17/2019 | 09/10/2019 | PA0002199413 |
| 35 | Info Hash: 1D0E91F9F90E9981F9A8B3D5C36587FDFCD5784B<br>File Hash:<br>7EA5BA6EF251127E595FBBF01ACCF4BDF1E654A566A6E8461A91B812A7B168B8 | 09/11/2021<br>18:37:40 | Tushy | 06/28/2020 | 07/17/2020 | PA0002248597 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96<br>File Hash:<br>52865408104AC768530DEA3C59663B162044009E55011D199911AD3138B2005F | 09/11/2021<br>15:48:26 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 37 | Info Hash: 4615FF136FFFC87A2B164521D04F6EF3E16D8EC4<br>File Hash:<br>DDBCC9A12A2BE891DA7F686DE3C3A52E09DB3528C1371FA89709F36254538027 | 09/10/2021<br>22:34:44 | Vixen | 11/20/2018 | 12/18/2018 | PA0002141925 |
| 38 | Info Hash: C66CB7D5D924FC8D5C68C719745BB62596B66AFD<br>File Hash:<br>031ACED7B2C24AB488358162A8C9D1CB410F3313AFF7A11A596876477EFD2BB9 | 09/10/2021<br>22:19:13 | Vixen | 11/20/2019 | 12/09/2019 | PA0002216255 |
| 39 | Info Hash: EDAA460FA5995B02EF111997AAC1E210CA5669F6<br>File Hash:<br>0829DF93B4275DBD9530B05670C1363A5DE11847C031BCDA13AC68A958BCA495 | 09/10/2021<br>20:07:11 | Tushy | 04/06/2017 | 06/05/2017 | PA0002050769 |
| 40 | Info Hash: 39B258056BC2EB474C97D6716D53AC9549E5D86F<br>File Hash:<br>F87F73D0A510E7794F351B7D5B4EBF593968288D9330CA29799B014AE72B954D | 09/10/2021<br>19:46:19 | Vixen | 12/11/2020 | 01/04/2021 | PA0002277039 |
| 41 | Info Hash: 4C4D277A40036C190CCFDDDF8B76E243D25F6D37<br>File Hash:<br>4EB9FCBEBC376A05C29B4F19D8073EB83169AC9893DBF6B4C8555D270A41F5F8 | 09/10/2021<br>19:40:21 | Vixen | 07/02/2021 | 08/20/2021 | PA0002312015 |
| 42 | Info Hash: 7AB94114ACD5F6F0B2B31183637890C17432967B<br>File Hash:<br>D50D38443EB851E359558EEA97D6D3C3AA1E83530AFA07DBDA7111F51D73FB86 | 09/09/2021<br>15:14:00 | Vixen | 08/22/2019 | 09/17/2019 | PA0002216215 |
| 43 | Info Hash: DEE85E605BF33AB0496EF626BBDEB1AF0E46B5BE<br>File Hash:<br>0E8E3CE72BEDE23E38A9020D57BC07BBA0836DCA56D517A757B35A922AD222B2 | 09/09/2021<br>03:27:06 | Vixen | 06/12/2020 | 06/25/2020 | PA0002256359 |
| 44 | Info Hash: 6EEF646186D737E94D92D1978D77456DA4F10301<br>File Hash:<br>8502291A2B061F633A1FFD43A8A6F3A6E720F0183D45EAC0E2035698D1848EE3 | 09/09/2021<br>00:01:24 | Tushy | 11/21/2018 | 01/22/2019 | PA0002149838 |
| 45 | Info Hash: A2C87322636F63116A37FF787A2288CF1B784CC7<br>File Hash:<br>CA921B228BDB86F1040FE49639A94562431C73A8FB0CD92353FDC1A12D506758 | 09/08/2021<br>20:35:56 | Vixen | 09/11/2017 | 09/15/2017 | PA0002052839 |
| 46 | Info Hash: 7353ED9F41626B8991109849D8088558206CCFD0<br>File Hash:<br>E4FA77028F32957B197A68C5F49C8DDD0C66A195DA3B303754FB10665E0F992D | 09/08/2021<br>20:35:35 | Vixen | 01/19/2018 | 03/02/2018 | PA0002104769 |
| 47 | Info Hash: 55013B7D1DFC88C02CE9275E239C51576ECBBA21<br>File Hash:<br>A2532A60F98F1150D7CA2A1B34F5C29647CC1B1CDDA893DE0EAD967140B49AC8 | 09/08/2021<br>17:10:36 | Tushy | 02/05/2018 | 02/20/2018 | PA0002104194 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 48 | Info Hash: D9A9D5AE776DD9937796A8AE0509496FAF90C5B2<br>File Hash:<br>624203A81151B7BCA9A9E927702FE4935009D8514AA367BEC94CECCDEE4B3A6F | 09/08/2021<br>16:38:41 | Tushy | 04/11/2017 | 06/15/2017 | PA0002037579 |
| 49 | Info Hash: E3EDEB068EFEC672F08F6D1B0A91619FCC9E5C53<br>File Hash:<br>9B2C3C3132B53DDE3205357BEBA39BA6FDF0D86567A41AED57AA55EA36A3BF83 | 09/02/2021<br>13:12:35 | Tushy | 06/20/2017 | 07/07/2017 | PA0002070816 |
| 50 | Info Hash: 67D40AB4E208DB4E99A083392382522BE587F864<br>File Hash:<br>3E37721CEB04B78A720D43F2F2BF1EC62B7AB0F85DFD1884A5ADC0FA51085B69 | 03/26/2021<br>15:30:29 | Tushy | 03/07/2021 | 03/22/2021 | PA0002282503 |
| 51 | Info Hash: 67BB81139DFBD3A98034C4224195548D0DE9614E<br>File Hash:<br>2C9EED4B71C275590E98182B0965B6D28C98B7F76DFF73FCAC96E49AB3AD3824 | 02/26/2021<br>23:50:36 | Tushy | 02/07/2021 | 03/08/2021 | PA0002280362 |
| 52 | Info Hash: 11AD8C4325C229021D898563D087A34A80235182<br>File Hash:<br>4CA3303A36C652F7A1F5E8C7A55026B56EC3236C7189107C0AA4E4D6BB41770D | 01/21/2021<br>21:20:07 | Tushy | 01/21/2020 | 02/20/2020 | PA0002237627 |
| 53 | Info Hash: 7744E0DC4FD41884B1BB4211E7B90D7684611220<br>File Hash:<br>0D24C1DECA69CD8FAA09E1A4236F72F4ECE508469B106C8536A186C2318B6629 | 01/20/2021<br>14:21:05 | Vixen | 02/23/2020 | 04/17/2020 | PA0002246164 |
| 54 | Info Hash: 105C39C5EBE047299A97FA7D4EC598E260FD426A<br>File Hash:<br>C90D6847F47FB1E8A1DEA3EE22EED59FD9DB2BE1CDB66D086BE11A61CC1EE526 | 12/29/2020<br>15:19:56 | Tushy | 12/13/2020 | 12/28/2020 | PA0002269085 |
| 55 | Info Hash: 24371490C3867553A59B730D107B60BAE4AE2AFB<br>File Hash:<br>91C76B8CF8137BF607DE4135103938C2ED1B40D1EBDE1978AD888437283A31A8 | 12/29/2020<br>15:07:48 | Tushy | 12/20/2020 | 01/05/2021 | PA0002269960 |
| 56 | Info Hash: 1194E183FFDF71459B475A921BBF2F0A91EDB324<br>File Hash:<br>60CB587DFFECA8818C81522C75AD5A7F64C3BAB32AFF7A0F3DFE604355A7BD11 | 12/08/2020<br>03:09:18 | Tushy | 12/06/2020 | 12/28/2020 | PA0002269080 |
| 57 | Info Hash: D12CE24531AB0F691974316C025729ED64F46C44<br>File Hash:<br>650E124F6A75D9457E8FAE33DCA569AFEC505EDDD40BB716616C12153CCA8863 | 11/02/2020<br>15:04:31 | Tushy | 10/18/2020 | 11/05/2020 | PA0002263388 |