

20221115143846

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

SERVICE OF: SUMMONS AND FIRST AMENDED COMPLAINT, EXHIBIT A, CIVIL COVER SHEET, DISCLOSURE STATEMENT FEDERAL RULES CIVIL PROCEDURE 7.1, November 14, 2022 Text Order
EFFECTED (1) BY ME: Darren Pinder
TITLE: PROCESS SERVER   DATE: 11/16/2022 9:42 AM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant ▮

Place where served: ▮

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: ▮

Relationship to defendant ▮

Description of Person Accepting Service:
SEX ▮ AGE ▮ HEIGHT ▮ WEIGHT ▮ SKIN ▮ HAIR ▮ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____ . _____   SERVICES $ _____ . _____   TOTAL $ _____ . _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 11/21/22    SIGNATURE OF Darren Pinder L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

TRACY BETH FREEMAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01FR6222704
Qualified in Nassau County
My Commission Expires 06/01/2026

ATTORNEY: JOHN C. ATKIN, ESQ.
PLAINTIFF: STRIKE 3 HOLDINGS, LLC
DEFENDANT: JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.46.250.90
VENUE: DISTRICT
DOCKET: 1 22 CV 00482 CBA RLM
COMMENT: