UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
STRIKE 3 HOLDINGS, LLC,                              :
                                                     :
                                                     :   Case No. 1:22-cv-00482-CBA-RLM
                        Plaintiff,                   :
                                                     :
         vs.                                         :
                                                     :
JOHN DOE subscriber assigned IP address              :
24.46.250.90,                                        :
                                                     :
                        Defendant.                   :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

**JOHN C. ATKIN,** hereby certifies as follows:

1. I hereby certify that on the below date, I caused a copy of the unredacted return of service (D.E. 18), along with an additional copy of the Court's November 14, 2022 Text Order (which has been personally served on Defendant, previously), and this affidavit of service, to be served upon *pro se* Defendant (identified by name and address in D.E. 13 at ¶ 12), *via* First Class Mail and Certified Mail.

2. I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements are willfully false, I may be subject to punishment.

Dated: November 22, 2022Respectfully submitted,

By: */s/ John C. Atkin*
John C. Atkin, Esq.
JAtkin@atkinfirm.com
400 Rella Boulevard, Suite 165
Suffern, NY 10901
Tel.: (973) 314-8010/ Fax: (833) 693-1201
*Attorneys for Plaintiff*

1